UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHEANNA D. KENNEDY,

    Plaintiff.

  v.

SONOMA COUNTY SUPERIOR COURT, et al.,

    Defendants.

Case No.  15-cv-01642-KAW

**ORDER REGARDING ISSUANCE OF SUMMONS AND SERVICE**

Plaintiff, who proceeds in forma pauperis, has filed a second amended complaint.[1]  The second amended complaint complies with 28 U.S.C. § 1915.  Accordingly, the Clerk shall issue summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendants.

**IT IS SO ORDERED.**

Dated: 11/09/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] On July 30, 2015, Plaintiff consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  Pl.'s Consent, Dkt. No. 8.