UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHEANNA KENNEDY,

    Plaintiff,

    v.

SONOMA COUNTY SUPERIOR COURT, et al.,

    Defendants.

Case No. 15-cv-01642-KAW

**ORDER TO SHOW CAUSE**

Pro se plaintiff Rheanna Kennedy commenced this action on April 10, 2015.[1] Several of the defendants to this case have moved to dismiss the operative complaint. The motions were filed on December 21, 2015, January 12, 2016, January 19, 2016, and February 2, 2016. (Dkt. Nos. 26, 32, 38, 48.) So that the remaining defendants could be served and have an opportunity to appear, the Court continued the hearing on the motions to June 16, 2016. (Dkt. No. 61.) The notice resetting the hearing date stated, "[r]egardless of whether the Court reschedules the hearing date, all opposition and reply papers shall be timely filed pursuant to Civil L.R. 7-7(d)." (*Id.*)

Plaintiff has not filed an opposition to any of the motions to dismiss, a statement of non-opposition to the motions, or any other document indicating her intent to prosecute this case. Accordingly, the Court orders Plaintiff, by no later than **June 3, 2016,** to show cause why this case should not be dismissed for failure to prosecute, and file (1) either an opposition to each motion to dismiss or a statement of non-opposition to each motion to dismiss and (2) a written a response to this order to show cause. The response to this order to show cause and the opposition (or non-opposition) to the motion to dismiss should be filed as separate documents. Failure to timely file

---

[1] On July 30, 2015, Plaintiff consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). Dkt. No. 8.

both documents may result in the dismissal of this action for failure to prosecute.

The motion hearing currently set for June 16, 2016 is VACATED. The case management conference currently scheduled for June 7, 2016 is continued to July 26, 2016.

To aid in her compliance, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982. The Court has also adopted a manual for use by pro se litigants, which may be helpful to Plaintiff. This manual, and other free information is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: 05/17/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge