1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    RHEANNA KENNEDY,                           Case No.  15-cv-01642-KAW

                Plaintiff,
8

9         v.                                    **ORDER DISMISSING CASE FOR
                                                FAILURE TO PROSECUTE**
10   SONOMA COUNTY SUPERIOR COURT,
     et al.,
11              Defendants.

12

13          Pro se plaintiff Rheanna Kennedy commenced this action on April 10, 2015.[1]  Several of

14   the defendants to this case have moved to dismiss the operative complaint.  The motions were

15   filed on December 21, 2015, January 12, 2016, January 19, 2016, and February 2, 2016.  (Dkt.

16   Nos. 26, 32, 38, 48.)  So that the remaining defendants could be served and have an opportunity to

17   appear, the Court continued the hearing on the motions to June 16, 2016.  (Dkt. No. 61.)  The

18   notice resetting the hearing date stated, "[r]egardless of whether the Court reschedules the hearing

19   date, all opposition and reply papers shall be timely filed pursuant to Civil L.R. 7-7(d)."  (*Id.*)

20          Because Plaintiff had not filed an opposition to any of the motions to dismiss, a statement

21   of non-opposition to the motions, or any other document indicating her intent to prosecute this

22   case, the Court issued an order to show cause on May 17, 2016.  (Dkt. No. 62.)  In the order,

23   Plaintiff was instructed to, by no later than **June 3, 2016,** show cause why this case should not be

24   dismissed for failure to prosecute, and file (1) either an opposition to each motion to dismiss or a

25   statement of non-opposition to each motion to dismiss and (2) a written a response to the order to

26   show cause.  (*Id.*)  The response to the order to show cause and the opposition (or non-opposition)

27   _____

28   [1] On July 30, 2015, Plaintiff consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §
     636(c).  Dkt. No. 8.

United States District Court
Northern District of California

1   to the motions to dismiss were to be filed as separate documents.  (*Id.*)  Plaintiff was warned that

2   failure to timely file both documents could result in the dismissal of this action for failure to

3   prosecute.

4          As of the filing of this order, Plaintiff has not filed a response to the Court's order to show

5   cause or any response to the pending motions to dismiss.  Accordingly, this action is dismissed

6   without prejudice for failure to prosecute.

7          IT IS SO ORDERED.

8   Dated: 06/29/16

9                                                    _____
                                                     KANDIS A. WESTMORE
10                                                   United States Magistrate Judge

United States District Court
Northern District of California

2